**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00741-CV

———————

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**JOHN A. SAUNDERS, MARK W. SAUNDERS AND
EDGAR D. WEAVER, Appellees**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-21768**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 5, 2011. On January 3, 2012, appellant filed an unopposed motion to dismiss the appeal because appellees have filed a notice of nonsuit in the trial court, rendering this appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.